Charles-Emery: Sedigas
1854 Barrington Court
Marietta, GA 30066  (404) 216-5594

# IN THE UNITED STATES DISTRICT COURT

| | |
|---|---|
| Charles-Emery: Sedigas ) | IN THE DISTRICT OF CALIFORNIA |
| Plaintiff, ) | COUNTY OF LOS ANGELES |
| vs. ) | CASE No. (To be determined by clerk) |
| STATE OF TEXAS ) | CLAIM FOR UNLIMITED CIVIL ACTION, |
| Defendant. ) | NOTICE OF RIGHTS |

## COMPLAINT

CV23-9320-MEMF(PVC)

In accordance with 28 U.S.C. § 1746 I, Charles-Emery: Sedigas, being of sound mind and legal age, with sincere intent in truth hereby declare under penalty of perjury that the following statements are true, correct, complete, certain, admissible as evidence, reasonable, and not misleading to the best of my knowledge and belief.

### I. Introduction:

This action is initiated by Charles Emery Sedigas against the State of Texas for the unlawful sentencing and incarceration perpetrated against him. The Plaintiff demands reparations in the amount of 100 million dollars for the grave injustices, wrongful imprisonment, and the egregious violation of constitutional rights inflicted upon him.

### II. Parties:

1. Plaintiff: Charles Emery Sedigas, born on February 11, 1964, residing at 407 N.E. 5th, Hubbard, Texas, 76648, email: chucksedigas@gmail.com.

2. Defendant: State of Texas.

1

### III. Jurisdiction and Venue:

1. This Court has jurisdiction over this matter pursuant to applicable Texas laws, United States Codes, and Constitutional Amendments.

2. Venue is proper in this Court as the actionable offenses occurred within the State of Texas.

### IV. Factual Background:

1. Unlawful Sentencing and Incarceration:

   - Mr. Sedigas was wrongfully sentenced and incarcerated in a Texas state prison without just cause or adequate evidence, in blatant violation of his constitutional rights.

### V. Causes of Action:

1. Violation of Fourth Amendment Rights:

   - Unlawful arrest and detention without probable cause.

2. Violation of Sixth Amendment Rights:

   - Denial of the right to a fair trial, and effective assistance of counsel.

3. Violation of Fourteenth Amendment Rights:

   - Deprivation of liberty and due process without just cause.

4. Malicious Prosecution and Wrongful Imprisonment:

   - The wrongful conviction and incarceration of Mr. Sedigas constitute malicious prosecution and wrongful imprisonment.

5. Texas Specific Statutes:

- Any applicable Texas statutes regarding wrongful conviction, malicious prosecution, and abuse of process.

## VI. Demands:

1. Monetary Reparation:

   - A demand is made for the payment of 100 million dollars as reparation for the wrongful imprisonment, loss of freedom, emotional distress, and other damages suffered by the Plaintiff.

## VII. Demand for Jury Trial:

Charles Emery Sedigas demands a trial by jury on all claims so triable.

## VIII. Prayer for Relief:

Charles Emery Sedigas demands the following relief:

1. Monetary reparation in the amount of 100 million dollars.

2. Any other relief this Court deems just and proper.

# **NOTICE**

To Whom It May Concern,

 I, Denzell: Murray, do hereby attest to possessing full knowledge and understanding of the Bill of Rights, my civil rights, constitutional rights, and natural rights as a man. This document serves as irrefutable evidence of my awareness of said rights. Furthermore, I hereby declare any and all contracts that pertain to me to be null and void, including any that may have unintentionally waived or surrendered my rights, or in any way compromised my status, due to lack of full disclosure, clean hands, good faith, and fair business practices.

 I acknowledge my full responsibility and liability as the Grantor and Beneficiary of any and all of my legal proceedings, whether they be legal, lawful, unlawful, or civil. I demand that no person or entity presume or treat me as anything other than what I officially declare myself to be.

 It is hereby required that any person, corporation, organization, or government agency that violates any of these rights shall be held accountable and obligated to pay me in the monetary amount that I deem necessary.

 You are hereby mandated to inform all of your superiors and subordinates who may have future interactions with me or my person. Should there be any uncertainties or misunderstandings regarding this document, you are responsible for seeking legal counsel from a superior officer, special prosecutor, federal judge, or other competent legal counsel to explain the significance of this document as per your duties and obligations in respect to this private formal instrument.

Please do not hesitate to contact me with any questions, comments, or concerns within 21 days of receipt of this document. Acquiescence applies.

4